UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| DON B. CHAE, | § | |
|---|---|---|
| *Plaintiff*, | § § § | Civil Action No. 3:19-CV-00157-X-BK |
| v. | § § | |
| AMERICAN FIDELITY ASSURANCE COMPANY, | § § § | |
| *Defendant*. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the defendant's *Motion for Summary Judgment* [Doc. No. 28] is **GRANTED.**

**IT IS SO ORDERED** this 10th day of March 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1